```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 02659
   LATOSHA A DIXON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8487


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 01/27/2005 and was confirmed 03/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  28.93%.

     The case was paid in full 12/30/2008.
-----------------------------------------------------------------------
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OVERLAND BOND & INVESTME | SECURED | 2950.00 | 355.48 | 2950.00 |
| OVERLAND BOND & INVESTME | UNSECURED | 6229.43 | .00 | 1802.17 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED OTH | 420.96 | .00 | 121.78 |
| CITY OF CHICAGO PARKING | UNSECURED OTH | 840.00 | .00 | 242.98 |
| CRANDON EMERGENCY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ASSET RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ENTERPRISE SYST | UNSECURED | NOT FILED | .00 | .00 |
| NSA | UNSECURED | NOT FILED | .00 | .00 |
| PAY DAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PENN CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| RONALD SCALETTA | UNSECURED | NOT FILED | .00 | .00 |
| SOUTHWEST CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| LEGAL RESCUES | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 527.45 |
| DEBTOR REFUND | REFUND | | | .00 |

```
     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE            8,699.86

PRIORITY                                         .00
SECURED                                     2,950.00
   INTEREST                                   355.48
UNSECURED                                   2,166.93

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 02659 LATOSHA A DIXON
```

```
ADMINISTRATIVE                                                    2,700.00
TRUSTEE COMPENSATION                                                527.45
DEBTOR REFUND                                                          .00
                                       ----------------    ----------------
TOTALS                                         8,699.86            8,699.86
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
Dated: 03/05/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```